■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL MAMMARELLO, Appellant, v EDWARD R. DONNELLY, as Superintendent of Wende Correctional Facility, Respondent. [731 NYS2d 417] —Judgment unanimously affirmed without costs. Memorandum: The contention raised in the petition seeking a writ of habeas corpus could have been raised on direct appeal or by motion pursuant to CPL 440.10 and thus Supreme Court properly dismissed the petition (*see, People ex rel. Mancuso v Herbert*, 256 AD2d 1158, 1159, *lv denied* 93 NY2d 809). Furthermore, habeas corpus relief is inappropriate because the only remedy to which petitioner would be entitled would be a new trial (*see, People ex rel. Kaplan v Commissioner of Correction of City of N. Y.,* 60 NY2d 648, 649). Petitioner's further contention on appeal was not raised in the petition and therefore is not properly before us (*see, People ex rel. Pangburn v Hodges*, 281 AD2d 973, *lv denied* 96 NY2d 713). (Appeal from Judgment of Supreme Court, Erie County, O'Donnell, J.—Habeas Corpus.) Present—Green, J. P., Scudder, Kehoe, Gorski and Lawton, JJ.